IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

ROMAN JOHNSON,

    Plaintiff,

vs.

OKLAHOMA COUNTY SHERIFF'S DEPARTMENT et al.,

    Defendants.

No. CIV-14-677-W

## ORDER

On July 29, 2014, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this matter and recommended that this action be dismissed without prejudice. Plaintiff Roman Johnson, proceeding pro se, was advised of his right to object to the Report and Recommendation, see Doc. 8 at 2, but no objections have been filed within the allotted time.

Upon review of the record, the Court concurs with Magistrate Judge Erwin's suggested disposition of this matter. On June 30, 2014, Johnson was granted leave to proceed in forma pauperis, but was ordered to pay an initial partial filing fee of $4.60. See Doc. 7. Johnson was warned that his failure to do so or to show good cause why he had not paid the designated amount would result in the dismissal of this matter without prejudice. See id.

As the records of the Clerk of the Court indicate, Johnson has neither paid the initial partial filing fee, shown good cause for his failure to do so nor sought an extension of time to comply with Magistrate Judge Erwin's Order.

Accordingly, the Court

(1) ADOPTS the Report and Recommendation [Doc. 8] issued on July 29, 2014;

(2) DISMISSES this matter without prejudice; and

(3) in so doing, deems MOOT Johnson's Motion for Lien [Doc. 3] and Motion for Appointment of Counsel [Doc. 4] both file-stamped June 27, 2014.

ENTERED this 29th day of August, 2014.

LEE R. WEST
UNITED STATES DISTRICT JUDGE